AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____Western_____ DISTRICT OF _____Pennsylvania_____

UNITED STATES OF AMERICA

V.

THEODORE I. BLAKEMAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:05-cr-00260-001

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Gary L. Lancaster          U.S. District Judge
Name of Judge              Title of Judge

_____10/10/06_____
Date